IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM MATTERN,

    Plaintiff,
v.                                              CASE NO. 5:15-cv-190-MP-GRJ

FEDERAL BUREAU OF PRISONS,
et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a federal inmate at Marianna Correctional Institution, initiated this civil action by filing ECF No. 1, a *pro se* civil rights complaint. Plaintiff failed to either pay the $400.00 filing fee ($350.00 fee plus $50 administrative fee)[1] or file a motion for leave to proceed as a pauper. On September 4, 2015, the Court ordered Plaintiff to either pay the fee or file an IFP motion on or before October 5, 2015. As of this date, Plaintiff has neither complied nor sought an extension of the time to comply.

Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]." Because Plaintiff has failed to comply with the Court's order to either pay the fee or file an IFP motion, this case is due to be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED** that this case should be

---

[1] If a prisoner is granted leave to proceed *in forma pauperis* the filing fee is paid in installments totaling $350.00.

dismissed for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 16th day of October 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.